UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:07-CR-28-DBH |
| | ) | |
| VODIE GOODMAN, | ) | |
| | ) | |
| DEFENDANT | ) | |

ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

Vodie Goodman has filed a document "asking the Clerk of Court if I qualify for the two point reduction." I assume that he is referring to Amendment 782 of the Sentencing Guidelines affecting drug quantity.

Unfortunately for Mr. Goodman, his Guideline range at sentencing was driven by his status as a career offender, and not by the guideline drug table.

In 2009, I denied a similar motion under Sentencing Guideline Amendments 706 and 711, see Order on Defendant's Motion to Reduce Sentence (ECF No. 52), and the Court of Appeals for the First Circuit affirmed the ruling, see Judgment entered May 26, 2010 (ECF No. 58).

Accordingly, Mr. Goodman does not qualify for the two-point reduction and, treating his filing as a motion, the motion is **DENIED**.

SO ORDERED.

DATED THIS 5TH DAY OF OCTOBER, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE