UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **RESPONDENT** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:07-CR-28-DBH** |
| ) | |
| **VODIE GOODMAN,** ) | |
| ) | |
| **DEFENDANT/PETITIONER** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 6, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion. The time within which to file objections expired on June 23, 2016, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The pending section 2255 motion is **TRANSFERRED** to the Court of Appeals for the First Circuit, pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e).

I find that no certificate of appealability, pursuant to Rule 11 of the Rules Governing Section 2255 Cases, shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 11TH DAY OF JULY, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**